1 DAVID L. ANDERSON (CABN 149604)
United States Attorney

2
SARA WINSLOW (DCBN 457643)
3 Chief, Civil Division
Assistant United States Attorney
4
    450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102-3495
    Telephone: (415) 436-6925
6     FAX: (415) 436-6748
    Sara.winslow@usdoj.gov
7
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOMAN CHAUDHRY,<br><br>               Plaintiff,<br><br>   v.<br><br>WILLIAM P. BARR, United States Attorney General, et al.,<br><br>              Defendants. | C 19-06591 NC<br><br>**STIPULATION TO DISMISS and ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's parents' immigrant visa applications.

///

///

///

Stipulation to Dismiss
C 19-06591 NC                                                                1

Each of the parties shall bear their own costs and fees.

Dated: February 24, 2020	Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

　　　　　　/s/
SARA WINSLOW
Assistant United States Attorney
Attorneys for Defendants

Dated: February 24, 2020	　　　　　　/s/
WAHIDA NOORZAD
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 25, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA